UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THOMAS JAMES SAVOCA ) | CASE NO. 1:06-cv-3098 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER BOYKO |
| vs. ) | |
| ) | ORDER |
| SCOTT WILSON.et al ) | |
| ) | |
| Defendants. ) | |
| ) | |

This Court having reviewed the Report and Recommendation (Doc.#12) of Magistrate Judge Vecchiarelli regarding the Motion to Correct Record (Doc.#10) and the Objections of the plaintiff, (Doc.# 14) and having conducted a de novo review of the issues raised, adopts in full the Report and Recommendation (Doc.#93) and DENIES Savoca's Motion to Correct Record (Doc.#10).

IT IS SO ORDERED.

Dated:09/06/2007

_Christopher A. Boyko_
CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE

FILED
SEP 07 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND